# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT SESSIONS**, *et al.*, | : | CIVIL ACTION NO. 1:07-CV-1669 |
| | : | |
| Plaintiffs | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **OWENS-ILLINOIS, INC.**, *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 7th day of January, 2008, upon consideration of defendants' motion to dismiss (Doc. 21) the plaintiffs' complaint, and it appearing that, since the filing of the motion, plaintiffs have filed an amended complaint (Doc. 27) it is hereby ORDERED that the motion (Doc. 21) is DENIED as moot.

                                                            S/ Christopher C. Conner
                                                            CHRISTOPHER C. CONNER
                                                             United States District Judge