IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT SESSIONS**, *et al.*, | : | CIVIL ACTION NO. 1:07-CV-1669 |
| Plaintiffs | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **OWENS-ILLINOIS**, **INC.**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 10th day of December, 2008, upon consideration of the order of court (Doc. 26) dated December 18, 2007, and of the joint proposed schedule for class certification proceedings submitted to the court on November 26, 2008, and in light of the telephone conference held with counsel of record on the date of this order, it is hereby ORDERED that:

1. The discovery stay imposed by the order of court (Doc. 26) dated December 18, 2007 is LIFTED.  Beginning on the date hereof, all parties shall be permitted to engage in discovery insofar as necessary to facilitate class certification proceedings.  The parties shall complete pre-class certification discovery on or before February 2, 2009.

2. Plaintiffs shall file a motion for class certification following the close of discovery.  Such motion shall be submitted on or before February 27, 2009 and shall be accompanied by a simultaneously filed brief in support thereof.

3. Defendants shall file a brief in opposition to the motion on or before March 22, 2009.

4. Plaintiffs shall be permitted to file a brief in reply on or before April 6, 2009.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge