## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT SESSIONS**, *et al.*, | : | **CIVIL ACTION NO. 1:07-CV-1669** |
| | : | |
| **Plaintiffs**, | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **OWENS-ILLINOIS, INC.**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 3rd day of November, 2010, upon consideration of correspondence (<u>see</u> Docs. 129, 131, 132) to the court concerning the schedule for filing briefs on defendants' motion for partial summary judgment (Doc. 124), and it appearing that plaintiffs request that the court enter a briefing schedule under which plaintiffs may first file a Rule 56(f) motion and later file a substantive opposition to defendants' summary judgment motion if that the Rule 56(f) motion is denied, (<u>see</u> Doc. 129), and it further appearing that defendants oppose plaintiffs' request, and that defendants alternatively request that, if plaintiffs' request is granted, then the court should stay discovery while the court considers plaintiffs' Rule 56(f) motion, (<u>see</u> Doc. 131) it is hereby ORDERED that:

1. On or before November 5, 2010, plaintiffs shall file a Rule 56(f) motion. If plaintiffs' Rule 56(f) motion is denied, plaintiffs shall file a brief in opposition to defendants' motion for partial summary judgment no later than 14 days after the entry of the court's order denying plaintiffs' Rule 56(f) motion.

2. Discovery shall not be stayed.


    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge