**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT SESSIONS,** *et al.,* | : | **CIVIL ACTION NO. 1:07-CV-1669** |
| | : | |
| **Plaintiffs,** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **OWENS-ILLINOIS, INC.,** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 8th day of December, 2010, upon consideration of defendants' response (Doc. 141) to plaintiffs' motion (Doc. 139) for a continuance pursuant to Rule 56(f), <u>see</u> Fed. R. Civ. P. 56(f)(2), and it appearing that defendants state that they "hereby withdraw their Motion for Partial Summary Judgment" (Doc. 124), and it further appearing that plaintiffs' Rule 56(f) motion is therefore moot, it is hereby ORDERED that:

1.  Defendants' motion (Doc. 124) for partial summary judgment pursuant to Rule 56 is WITHDRAWN and DENIED as MOOT, without prejudice.

2.  Plaintiffs' motion (Doc. 139) for a continuance pursuant to Rule 56(f) is DENIED as MOOT, without prejudice.


                                  <u>S/ Christopher C. Conner</u>
                                  CHRISTOPHER C. CONNER
                                  United States District Judge